[No. 42932-9-I.    Division One.    December 27, 1999.]

EDWARD RATCLIFF, ET AL., *Appellants*, v. BUG HAUS SERVICE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-14310-9, Joan DuBuque, J., entered June 5, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42941-8-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY ANN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01799-4, Donald D. Haley, J., entered June 23, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43008-4-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JIVAN M. CRANSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10290-8, Sharon S. Armstrong, J., entered July 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43107-2-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN BRUCE MONDINI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00612-3, David F. Hulbert, J., entered July 27, 1998. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.